UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BARBARA PEREZ DE ALGUTRIA,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, Warden, Adelanto ICE Processing Center, et al.,<br>Respondents. | No. 5:26-cv-05766-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied and this action dismissed without prejudice.

Dated: October 22, 2026____

JOHN D. EARLY
United States Magistrate Judge